# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wyrick, Cynthia R. | 2. Court or Organization<br><br>USDC for the Eastern District of Tennessee | 3. Date of Report<br><br>07/27/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge--Active and Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| USDC for the Eastern District of Tennessee<br>220 West Depot Street<br>Greeneville, TN 37743 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Commissioner and Vice Chair (resigned 9/2020) | Tennessee Lawyer Assistance Program |
| 2. | Advisory Board Member | University of Tennessee Institute of Leadership |
| 3. | Member Board of Directors | Federal Bar Association Northeast Tennessee Chapter |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | September 30, 2019 | Nathan Rowell and Anna Penland purchased the reporting individual's interest in her former law firm and also agreed to pay a specific percentage for her work on certain unresolved cases (only one now remains). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wyrick, Cynthia R. | 07/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Ogle, Wyrick & Associates, P.C.; 1099 Payment (See Part II, Item 1--Agreements) | $8,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Smoky Mountain Food Services, Inc., W-2 Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wyrick, Cynthia R. | 07/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SmartBank | Lake lot in Maynardville, TN | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wyrick, Cynthia R.** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SmartBank | A | Interest | J | T | | | | | |
| 2. SmartBank Financial | A | Dividend | | | Merged (with line 84) | 06/30/20 | J | | |
| 3. UNUM Universal Life Insurance Policy | A | Dividend | J | T | | | | | |
| 4. CB&T Cust IRA | D | Dividend | N | T | | | | | |
| 5. -AMCAP Fund-A | A | Dividend | K | T | | | | | |
| 6. -American Balanced Fund A | A | Dividend | K | T | Buy | 08/06/20 | J | | |
| 7. -American High-Income Trust-A | A | Dividend | J | T | | | | | |
| 8. -American Mutual Fund-A | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 9. -The Bond Fund of America A | A | Dividend | J | T | | | | | |
| 10. -Capital Income Builder A | A | Dividend | J | T | | | | | |
| 11. -Capital World Bond Fund A | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 12. -Capital World Growth and Income Fund A | A | Dividend | J | T | | | | | |
| 13. -Europacific Growth Fund A | B | Dividend | K | T | | | | | |
| 14. -The Growth Fund of America A | C | Dividend | L | T | | | | | |
| 15. -Intermediate Bond Fund of America A | A | Dividend | J | T | | | | | |
| 16. -The Investment Company of America A | A | Dividend | J | T | | | | | |
| 17. -New Perspective Fund | B | Dividend | K | T | Buy | 08/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wyrick, Cynthia R.** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -SMALL World Fund A | B | Dividend | L | T | Buy | 08/06/20 | J | | |
| 19.   -Washington Mutual Investors Fund A | B | Dividend | L | T | | | | | |
| 20.   CB&T Cust Simple IRA | D | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 21.   -AMCAP Fund A | C | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 22.   -American Balanced Fund A | C | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 23.   -American Mutual Fund A | C | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 24.   -Capital World Bond Fund A | A | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 25.   -Europacific Growth Fund A | B | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 26.   -The Growth Fund of America A | C | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 27.   -Intermediate Bond Fund of America A | B | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 28.   -New Perspective Fund A | B | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 29.   -Small Cap World Fund A | B | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 30.   -Washington Mutual Investors Fund A | B | Dividend | | | Merged<br>(with line 4) | 06/30/20 | J | | |
| 31.   CB&T Cust Roth IRA | C | Dividend | L | T | | | | | |
| 32.   -AMCAP Fund A | A | Dividend | J | T | | | | | |
| 33.   -American High Income Trust A | A | Dividend | J | T | | | | | |
| 34.   -The Bond Fund of America A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wyrick, Cynthia R. | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A — Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C — Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Capital Income Builder A | A | Dividend | J | T | | | | | |
| 36. -Capital World Growth and Income Fund A | A | Dividend | J | T | | | | | |
| 37. -The Growth Fund of America A | A | Dividend | K | T | | | | | |
| 38. -Intermediate Bond Fund of American A | A | Dividend | J | T | | | | | |
| 39. -The Investment Company of America A | A | Dividend | J | T | | | | | |
| 40. -SMALLCAP World Fund A | A | Dividend | J | T | | | | | |
| 41. -Washington Mutual Investors Fund A | A | Dividend | J | T | | | | | |
| 42. Education Savings-VCSP /College America | A | Dividend | J | T | | | | | |
| 43. -AMCAP Fund 529A | A | Dividend | J | T | | | | | |
| 44. -The Bond Fund of America 529A | A | Dividend | J | T | | | | | |
| 45. -Capital World Growth and Income Fund 529A | A | Dividend | J | T | | | | | |
| 46. -Europacific Growth Fund -529A | A | Dividend | J | T | | | | | |
| 47. -The Income Fund of America 529A | A | Dividend | J | T | | | | | |
| 48. -The Investment Company of America 529A | A | Dividend | J | T | | | | | |
| 49. -College 2024 Fund-529A | A | Dividend | J | T | | | | | |
| 50. Education Savings 2-VCSP/College America | B | Dividend | K | T | | | | | |
| 51. -The Bond Fund of America 529A | A | Dividend | J | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 7 of 11

**Name of Person Reporting**

**Wyrick, Cynthia R.**

**Date of Report**

07/19/2021

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Capital Income Builder-529A | A | Dividend | J | T | | | | | |
| 53.  -Capital World Growth and Income 529A | A | Dividend | J | T | | | | | |
| 54.  -Fundamental Investors 529A | A | Dividend | J | T | | | | | |
| 55.  -The Growth Fund of America 529A | A | Dividend | J | T | | | | | |
| 56.  -The Investment Company of America 529A | A | Dividend | J | T | | | | | |
| 57.  -College 2024 Fund 529A | A | Dividend | J | T | | | | | |
| 58.  CB&T Cust IRA 2 | C | Dividend | L | T | | | | | |
| 59.  -AMCAP Fund A | A | Dividend | J | T | | | | | |
| 60.  -American High-Income Trust A | A | Dividend | J | T | | | | | |
| 61.  -American Mutual Fund A | A | Dividend | J | T | | | | | |
| 62.  -Capital World Growth and Income Fund A | A | Dividend | J | T | | | | | |
| 63.  -Europacific Growth Fund A | A | Dividend | J | T | | | | | |
| 64.  -The Growth Fund of America A | A | Dividend | J | T | | | | | |
| 65.  -New World Fund-A | A | Dividend | J | T | | | | | |
| 66.  CB&T Cust Roth IRA 2 | C | Dividend | L | T | | | | | |
| 67.  -AMCAP Fund-A | A | Dividend | J | T | | | | | |
| 68.  -American High-Income Trust A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wyrick, Cynthia R.** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -The Bond Fund of America A | A | Dividend | J | T | | | | | |
| 70. -Capital Income Builder A | A | Dividend | J | T | | | | | |
| 71. -Capital World Growth and Income Fund A | A | Dividend | J | T | | | | | |
| 72. -The Growth Fund of America A | A | Dividend | K | T | | | | | |
| 73. -Intermediate Bond Fund of America A | A | Dividend | J | T | | | | | |
| 74. -The Investment Company of America A | A | Dividend | J | T | | | | | |
| 75. -SMALLCAP World Fund A | A | Dividend | J | T | | | | | |
| 76. -Washington Mutual Investors Fund A | A | Dividend | J | T | | | | | |
| 77. CoorsTek, Inc. Retirement Savings Account | C | Dividend | L | T | | | | | |
| 78. -FID Diversified Intl. K | A | Dividend | J | T | | | | | |
| 79. -FID Low Priced Stk K | A | Dividend | J | T | | | | | |
| 80. -JPM Equity Income R6 | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 81. -C&S Inst Realty SHS | A | Dividend | J | T | | | | | |
| 82. -Metwest TOT RTN BD I | A | Dividend | J | T | | | | | |
| 83. Raymond James Jt Retail | A | Dividend | K | T | | | | | |
| 84. -SmartFinancial Incorporated Com New | A | Dividend | K | T | | | | | |
| 85. Raymond James Rollover IRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wyrick, Cynthia R. | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  SmartFinancial Incorporated Com New | A | Dividend | K | T | | | | | |
| 87.  1/2 Interest Lake Lot Maynardville, TN | | None | K | R | | | | | |
| 88. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wyrick, Cynthia R. | 07/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI Liabilities, Line 1:  Loan is joint between filer, filer's spouse, filer's ▓▓▓▓▓▓▓▓▓▓▓.  Filer and spouse are legally obligated for the loan but have paid  off their part in full and debt is being paid only by ▓▓▓ and ▓▓▓▓▓.  The entire lake lot stands good for the debt.

Part VII. Line 87:  Purchase Date of lake lot is 12/23/2008.  Purchase Price of lake lot was $84,900.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Cynthia R. Wyrick**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544